| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Robertson, Anschutz & Schneid, P.L.<br>Attorneys for Secured Creditor<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>-and-<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Laura Egerman, Esq. (NJ-8250) | CASE NO.: 17-24161-VFP<br><br>CHAPTER 13<br><br><br>Objection to Confirmation of Debtor's Chapter 13 Plan |
| In Re:<br><br>Denise Gardener,<br><br>    Debtor. | |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

CIT BANK, N.A. ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # ), and states as follows:

1. Debtor, Denise Gardener, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 12, 2017.

2. Secured Creditor holds a security interest in the Debtor's real property located at 522 CHESTNUT PLACE, TEANECK, NJ 07666, by virtue of a Mortgage recorded on July 23, 2007 in Book 16883, at Page 303 of the Public Records of Bergen County, NJ. Said Mortgage secures a Note in the amount of $258,750.00.

3. The Debtor filed a Chapter 13 Plan on July 12, 2017.

4. The Plan fails to include payments toward the Note and Mortgage with Secured Creditor. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $71,020.70. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $71,020.70 as the pre-petition arrearage over the life of the plan.

17-078146
Gardener, Denise
Objection to Confirmation
Page 1

5. Based on Debtor's Schedules, the Plan does not appear feasible due to the representation that sufficient disposable income is not available to support the proposed Plan payments. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(6) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz & Schneid, P.L.
Attorneys for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
-and-
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

By: /s/Laura Egerman
Laura Egerman, Esquire
NJ Bar Number  NJ-8250
Email: legerman@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>Attorneys for Secured Creditor<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>-and-<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Laura Egerman, Esq. (NJ-8250) | CASE NO.: 17-24161-VFP<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Denise Gardener**<br><br>Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent CIT BANK, N.A. in this matter.
2. On 8/21/2017, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

8/21/2017

                                        **Robertson, Anschutz & Schneid, P.L.**
                                        Attorneys for Secured Creditor
                                        6409 Congress Avenue, Suite 100
                                        Boca Raton, FL 33487
                                        -and-
                                        130 Clinton Road, Suite 202
                                        Fairfield, NJ 07004
                                        Telephone No.: 973-575-0707 (local)
                                        Telephone No.: 561-241-6901 (main)
                                        By: /s/Laura Egerman
                                        Laura Egerman, Esquire
                                        NJ Bar Number  NJ-8250
                                        Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert M. Rich<br>25 Pompton Ave.<br>Verona, NJ 07044 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |