Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−24161−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise Gardener
   522 Chestnut Pl
   Teaneck, NJ 07666−2423

Social Security No.:
   xxx−xx−8596

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 11, 2017
JAN: jf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-24161-VFP
Denise Gardener                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 11, 2017
                              Form ID: 148             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
db             Denise Gardener,    522 Chestnut Pl,    Teaneck, NJ 07666-2423
cr            +Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,    6409 Congress Ave,   Suite 100,
                Boca Raton, FL 33487-2853
516983622     +CIT BANK, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
516935930      CIT Bank,    PO Box 4045,    Kalamazoo, MI 49003-4045
516989508     +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    PO BOX 9013,
                ADDISON, TEXAS 75001-9013
517159566      Emergency Physicians Services of NJ, PA,    PO Box 1123,    Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2017 23:07:02     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2017 23:06:59     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517148203      EDI: ECMC.COM Dec 11 2017 22:38:00      Educational Credit Management Corporation,
                PO BOX 16408,    ST. PAUL, MN 55116-0408
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +CIT BANK N.A.,   Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave, Suite 100,
                Boca Raton, Fl 33487-2853
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kenneth L. Baum    on behalf of Creditor    Educational Credit Management Corporation
               kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
              Laura M. Egerman    on behalf of Creditor    CIT BANK N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert M. Rich    on behalf of Debtor Denise  Gardener rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6