UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Denise Gardener

Case No.: 17-24161

Chapter: 13

Judge: Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 8, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of __Robert M. Rich on behalf of debtor__ for the reduction of time for a hearing on __Motion to Vacate Order of Dismissal, entered on December 11, 2017__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __January 16, 2018__ at __11:00am__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102__, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __All secured creditors and their counsel if known; The Bergen County Sheriff's Office__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __The Chapter 13 Standing Trustee, all unsecured creditors and any party having filed a Notice of Appearance in this case__

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail \_\_\_\_1\_\_\_\_ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*