UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on January 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Denise Gardener

Case No.: 17-24161

Chapter: 13

Judge: Vincent F. Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 8, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of _____Robert M. Rich on behalf of debtor_____ for the reduction of time for a hearing on __Motion to Vacate Order of Dismissal, entered on December 11, 2017_____
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____January 16, 2018_____ at _11:00am_ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, NJ 07102_____, Courtroom No. __3B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All secured creditors and their counsel if known; The Bergen County Sheriff's Office
_____
by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: The Chapter 13 Standing Trustee, all unsecured creditors and any party having filed a Notice of Appearance in this case
by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail \_\_\_\_1\_\_\_\_ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

 ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Denise Gardener  
       Debtor

Case No. 17-24161-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 08, 2018  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.  
db          Denise Gardener,     522 Chestnut Pl,     Teaneck, NJ   07666-2423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Kenneth L. Baum     on behalf of Creditor    Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com,    fpisano@coleschotz.com  
         Laura M. Egerman     on behalf of Creditor    CIT BANK N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann    Greenberg     magecf@magtrustee.com  
         Robert M. Rich     on behalf of Debtor Denise   Gardener rrlaw@aol.com, G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 6