ROBERT M. RICH (RR1088)
25 Pompton Avenue
Verona, NJ  07044
(973)239-2255
Attorney for Debtor

|  |  |
|---|---|
| In Re: | :UNITED STATES BANKRUPTCY COURT<br>:DISTRICT OF NEW JERSEY<br>:CASE NO:  17-24161<br>:Hearing Date: |
| DENISE GARDNER, | :JUDGE:<br>: |
| Debtor. | :     AFFIDAVIT OF MAILING<br>: |

ROBERT M. RICH, of full age, certifies as follows:

1. I am the attorney for the debtor in the within matter.

2. On January 9, 2018, I emailed and mailed the Order Shortening Time and setting the hearing date for January 16, 2018 to the following:

    Marie-Ann Greenberg, Trustee
    30 Two Bridges Road
    Fairfield, NJ  07004

    McCabe Weisberg Conway, Esqs.
    216 Haddon Ave #201
    Haddon Township, NJ 08108

Robertson, Anschutz & Schneid, P.L.
Bankruptcy Department
6409 Congress Avenue-Suite 100
Boca Raton, FL  33487

Bergen County Sheriff's Office
10 Main St.
Hackensack, NJ 07601

Emergency Physicians Services of NJ, PA
P.O. Box 1123
Minneapolis, MN  55440-1123

3.   I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/Robert M. Rich
ROBERT M. RICH