ROBERT M. RICH, ESQ.
25 POMPTON AVE
VERONA, NJ  07044

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 17-24161

Re:   DENISE GARDENER                                      Atty:   ROBERT M. RICH, ESQ.
      522 CHESTNUT PL                                              25 POMPTON AVE
      TEANECK,  NJ  07666-2423                                     VERONA, NJ  07044

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $81,132.00**

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/03/2017 | $900.00 | 4178069000 - | 09/05/2017 | $900.00 | 4253597000 - |
| 10/02/2017 | $900.00 | 4331321000 - | 11/02/2017 | $900.00 | 4411975000 - |
| 12/04/2017 | $1,376.00 | 4487894000 - | 01/22/2018 | $1,376.00 | 4609100000 - |
| 02/01/2018 | $1,376.00 | 4634350000 - | 02/27/2018 | $1,376.00 | 4701129000 - |
| 03/26/2018 | $1,376.00 | 4776040000 | 05/01/2018 | $1,376.00 | 4878130000 |
| 05/29/2018 | $1,376.00 | 4943950000 | 07/02/2018 | $1,376.00 | 5037515000 |
| 07/30/2018 | $1,376.00 | 5109029000 | 08/31/2018 | $1,376.00 | 5192565000 |
| 09/24/2018 | $1,376.00 | 5255477000 | 10/25/2018 | $1,376.00 | 5337397000 |
| 11/27/2018 | $1,376.00 | 5417415000 | 12/31/2018 | $1,376.00 | 5507234000 |

**Total Receipts: $22,864.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $22,864.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CIT BANK NA | | | | | | |
| | 11/20/2017 | $575.80 | 790,352 | 12/18/2017 | $846.90 | 792,288 |
| | 01/22/2018 | $1,294.82 | 794,112 | 03/19/2018 | $2,589.64 | 797,807 |
| | 04/16/2018 | $1,294.82 | 799,670 | 05/14/2018 | $1,294.82 | 801,554 |
| | 06/18/2018 | $1,301.70 | 803,436 | 07/16/2018 | $1,301.70 | 805,791 |
| | 08/20/2018 | $1,301.70 | 807,679 | 09/17/2018 | $1,301.70 | 809,656 |
| | 10/22/2018 | $1,334.72 | 811,561 | 11/19/2018 | $1,334.72 | 813,532 |
| | 12/17/2018 | $1,297.57 | 815,406 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,198.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CIT BANK NA | MORTGAGE ARRE | 71,020.70 | 100.00% | 18,368.18 | |
| 0002 | ECMC | UNSECURED | 248,504.41 | * | 0.00 | |
| 0003 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 1,284.00 | * | 0.00 | |

Total Paid: $21,566.43
See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $22,864.00    -    Paid to Claims: $18,368.18    -    Admin Costs Paid: $3,198.25    =    Funds on Hand: $1,297.57

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.