Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 12, 2022

**Chapter 13 Case # 17-24161**

Re:  DENISE GARDENER              Atty:  ROBERT M. RICH, ESQ.
     522 CHESTNUT PL                     25 POMPTON AVE
     TEANECK, NJ  07666-2423             VERONA, NJ  07044

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $81,132.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/03/2017 | $900.00 | 4178069000 - | 09/05/2017 | $900.00 | 4253597000 - |
| 10/02/2017 | $900.00 | 4331321000 - | 11/02/2017 | $900.00 | 4411975000 - |
| 12/04/2017 | $1,376.00 | 4487894000 - | 01/22/2018 | $1,376.00 | 4609100000 - |
| 02/01/2018 | $1,376.00 | 4634350000 - | 02/27/2018 | $1,376.00 | 4701129000 - |
| 03/26/2018 | $1,376.00 | 4776040000 | 05/01/2018 | $1,376.00 | 4878130000 |
| 05/29/2018 | $1,376.00 | 4943950000 | 07/02/2018 | $1,376.00 | 5037515000 |
| 07/30/2018 | $1,376.00 | 5109029000 | 08/31/2018 | $1,376.00 | 5192565000 |
| 09/24/2018 | $1,376.00 | 5255477000 | 10/25/2018 | $1,376.00 | 5337397000 |
| 11/27/2018 | $1,376.00 | 5417415000 | 12/31/2018 | $1,376.00 | 5507234000 |
| 02/01/2019 | $1,376.00 | 5584164000 | 03/01/2019 | $1,376.00 | 5661353000 |
| 04/01/2019 | $1,376.00 | 5747195000 | 04/29/2019 | $1,376.00 | 5810917000 |
| 05/31/2019 | $1,376.00 | 5897851000 | 07/01/2019 | $1,376.00 | 5982569000 |
| 08/02/2019 | $1,376.00 | 6062398000 | 09/03/2019 | $1,376.00 | 6137329000 |
| 09/30/2019 | $1,376.00 | 6207517000 | 10/25/2019 | $1,376.00 | 6276489000 |
| 12/02/2019 | $1,376.00 | 6364274000 | 01/02/2020 | $1,376.00 | 6444722000 |
| 01/29/2020 | $1,376.00 | 6514406000 | 02/24/2020 | $1,376.00 | 6582283000 |
| 03/27/2020 | $1,376.00 | 6665095000 | 04/24/2020 | $1,376.00 | 6735341000 |
| 05/29/2020 | $1,376.00 | 6821519000 | 06/29/2020 | $1,376.00 | 6892866000 |
| 07/27/2020 | $1,376.00 | 6966955000 | 08/31/2020 | $1,376.00 | 7049452000 |
| 09/22/2020 | $1,376.00 | 7102720000 | 10/27/2020 | $1,376.00 | 7184761000 |
| 11/30/2020 | $1,376.00 | 7265630000 | 12/29/2020 | $1,376.00 | 7334755000 |
| 01/28/2021 | $1,376.00 | 7409747000 | 03/01/2021 | $1,376.00 | 7488148000 |
| 03/26/2021 | $1,376.00 | 7550941000 | 05/03/2021 | $1,376.00 | 7636796000 |
| 06/02/2021 | $1,376.00 | 7702312000 | 07/01/2021 | $1,376.00 | 7779827000 |
| 08/02/2021 | $1,376.00 | 7845629000 | 08/31/2021 | $1,376.00 | 7913035000 |
| 10/04/2021 | $1,376.00 | 7987346000 | 11/01/2021 | $1,376.00 | 8053898000 |
| 11/30/2021 | $1,376.00 | 8113221000 | 01/03/2022 | $1,376.00 | 8177564000 |
| 02/01/2022 | $1,376.00 | 8245530000 | 02/28/2022 | $1,376.00 | 8299729000 |
| 03/28/2022 | $1,376.00 | 836065000 | 05/02/2022 | $1,376.00 | 8434474000 |
| 05/31/2022 | $1,376.00 | 8498221000 | 07/01/2022 | $1,376.00 | 8560414000 |

**Chapter 13 Case # 17-24161**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/29/2022 | $1,376.00 | 8614046000 | | | |

**Total Receipts: $82,032.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $82,032.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,521.27 | |
| ATTY | ATTORNEY | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | U.S. BANK NATIONAL ASSOCIATION | MORTGAGE ARR | 71,020.70 | 100.00% | 71,020.70 | |
| 0002 | ECMC | UNSECURED | 248,504.41 | * | 3,145.93 | |
| 0003 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 1,284.00 | * | 16.26 | |

Total Paid: $80,704.16
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CIT BANK NA | | | | | | | |
| | 11/20/2017 | $575.80 | 790352 | | 12/18/2017 | $846.90 | 792288 |
| | 01/22/2018 | $1,294.82 | 794112 | | 03/19/2018 | $2,589.64 | 797807 |
| | 04/16/2018 | $1,294.82 | 799670 | | 05/14/2018 | $1,294.82 | 801554 |
| | 06/18/2018 | $1,301.70 | 803436 | | 07/16/2018 | $1,301.70 | 805791 |
| | 08/20/2018 | $1,301.70 | 807679 | | 09/17/2018 | $1,301.70 | 809656 |
| | 10/22/2018 | $1,334.72 | 811561 | | 11/19/2018 | $1,334.72 | 813532 |
| | 12/17/2018 | $1,297.57 | 815406 | | 01/14/2019 | $1,297.57 | 8000875 |
| | 02/11/2019 | $1,297.57 | 8000919 | | 03/18/2019 | $1,297.57 | 8000955 |
| | 04/15/2019 | $1,297.57 | 8001010 | | 05/20/2019 | $1,297.57 | 8001055 |
| | 06/17/2019 | $1,297.57 | 8001100 | | 07/15/2019 | $1,320.96 | 8001141 |
| | 08/19/2019 | $1,320.96 | 8001180 | | 09/16/2019 | $1,320.96 | 8001223 |
| | 10/21/2019 | $1,355.36 | 8001266 | | 11/18/2019 | $1,355.36 | 0 |
| | 12/05/2019 | ($1,355.36) | 0 | | | | |
| ECMC | | | | | | | |
| | 06/20/2022 | $503.91 | 892795 | | 07/18/2022 | $1,321.00 | 894504 |
| | 08/15/2022 | $1,321.02 | 896082 | | | | |
| EMERGENCY PHYSICIAN SERVICES OF NJ PA | | | | | | | |
| | 07/18/2022 | $9.44 | 893916 | | 08/15/2022 | $6.82 | 895482 |
| U.S. BANK NATIONAL ASSOCIATION | | | | | | | |
| | 04/19/2021 | $23,114.06 | 869468 | | 05/17/2021 | $1,272.80 | 871260 |
| | 06/21/2021 | $1,293.44 | 873123 | | 07/19/2021 | $1,293.44 | 874836 |
| | 08/16/2021 | $1,293.44 | 876554 | | 09/20/2021 | $1,293.44 | 878335 |
| | 10/18/2021 | $1,293.44 | 880065 | | 11/17/2021 | $1,307.20 | 881741 |
| | 12/13/2021 | $1,307.20 | 883382 | | 01/10/2022 | $1,307.20 | 885026 |
| | 02/14/2022 | $1,307.20 | 886760 | | 03/14/2022 | $1,307.20 | 888434 |
| | 04/18/2022 | $1,307.20 | 890203 | | 05/16/2022 | $1,327.84 | 891842 |
| | 06/20/2022 | $821.33 | 893595 | | | | |

**Chapter 13 Case # 17-24161**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: September 12, 2022.

| | | | | | | |
|---|---|---|---|---|---|---|
| Receipts: $82,032.00 | - | Paid to Claims: $74,182.89 | - | Admin Costs Paid: $6,521.27 | = | Funds on Hand: $1,327.84 |
| Base Plan Amount: $81,132.00 | - | Receipts: $82,032.00 | | | = | Total Unpaid Balance: **($900.00) |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.