Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>                    Case No.: 17−24161−VFP
>                    Chapter: 13
>                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise Gardener
   522 Chestnut Pl
   Teaneck, NJ 07666−2423

Social Security No.:
   xxx−xx−8596

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Denise Gardener
          Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 3, 2022
JAN: wdh

                                                                Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                 Case No. 17-24161-VFP

Denise Gardener                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2

Date Rcvd: Oct 03, 2022        Form ID: ntcfncur        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Denise Gardener, 522 Chestnut Pl, Teaneck, NJ 07666-2423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

**Name**        **Email Address**

Denise E. Carlon
     on behalf of Creditor CIT Bank  N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Dwelling Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor U.S. Bank Trust National Association as trustee of Tiki Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kenneth L. Baum
     on behalf of Creditor Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Laura M. Egerman
     on behalf of Creditor CIT BANK N.A. bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 03, 2022 | Form ID: ntcfncur | Total Noticed: 1 |

| | |
|---|---|
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| | magecf@magtrustee.com |
| Melissa S DiCerbo | on behalf of Creditor CIT BANK N.A. nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Robert M. Rich | on behalf of Debtor Denise Gardener rrlaw@aol.com G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11